**Victor PERKINS, Plaintiff—Appellant,**

v.

**Michael BREDENBERG, United States Attorney, Defendant—Appellee.**

**No. 05–1184.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 14, 2005.

Victor Perkins, Appellant pro se.

Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Victor Bernard Perkins appeals the district court order and judgment summarily dismissing his complaint alleging that 18 U.S.C. § 4246 (2000) is unconstitutional. We affirm on the basis of the reasoning of the district court. *See Perkins v. Bredenberg,* No. CA–04–903–H (E.D.N.C. Feb. 1, 2005). We also deny Perkins' motion for summary judgment and immediate release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*